PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

*SOUTHERN DISTRICT OF MISSISSIPPI FILED APR 19 2016 BY ARTHUR JOHNSTON DEPUTY*

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:16CI29 HTW-LRA

SACHIN GIRISHKUMAR PATEL
(Wherever Found)

The Clerk of said Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of April, 2016.

This the 19th day April, 2016.

GREGORY K. DAVIS
United States Attorney

By: _____
Jerry L. Rushing
Assistant U.S. Attorney
MS Bar # 5731

Warrant issued: _____