AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



FILED
MAY 18 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Chirag Nilesh Patel | ) | Case No.  3:16-cr-29 HTW-LRA |
| (Wherever Found) | ) | |
| | ) | |
| Defendant | ) | |

RECV USMS D43 22APR'16

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Chirag Nilesh Patel                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Defraud the United States
- Marriage Fraud to Evade Immigration Laws
- Frauds and Misuse of Visa/Permits
- Fraud by Wire, Radio, or Television

Date:  04/20/2016

*N. Dean*
Issuing officer's signature

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04-22-16, and the person was arrested on *(date)* 05-18-16
at *(city and state)*  ST. LOUIS, MO.

Date: _____

For Agent [signature]
*Arresting officer's signature*

For Agent Tim Sanford
*Printed name and title*