AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Virendra Rambachan Rajput<br>(Wherever Found)<br><br>_Defendant_ | )<br>)  Case No.  3:16-cr-29 HTW-LRA<br>)<br>)<br>) |

FILED SOUTHERN DISTRICT OF MISSISSIPPI MAY 18 2016 BY ARTHUR JOHNSTON DEPUTY

## ARREST WARRANT

RECU USMS D43 22APR'16

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Virendra Rambachan Rajput                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Defraud the United States
- Marriage Fraud to Evade Immigration Law
- Frauds and Misuse of Visa/Permits
- Frauds and Swindles
- Fraud by Wire, Radio, or Television

Date:  04/20/2016

_Issuing officer's signature_

City and state:    Jackson, MS

N. Dean, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 04-22-16, and the person was arrested on _(date)_ 05-18-16
at _(city and state)_ Boston, MA.

Date: _____

For Agent _[signature]_
_Arresting officer's signature_

For Agent Tim Sanford
_Printed name and title_