CLOSED

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: <u>4:16−mj−07167−SPM</u> All Defendants

Case title: USA v. Patel

Date Filed: 05/18/2016
Date Terminated: 05/18/2016

Assigned to: Magistrate Judge Shirley Padmore Mensah

### Defendant (1)

**Chirag Nilesh Patel**
*TERMINATED: 05/18/2016*

represented by **Michelle L. Monahan**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: Michelle_Monahan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5c3 OUT | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Amanda Schlager Wick**<br>UNITED STATES ATTORNEY'S OFFICE – STL<br>Department of Justice<br>111 S. Tenth St.<br>20th Floor<br>St. Louis, MO 63102<br>314–539–2200 x7709<br>Fax: 314–539–2777<br>Email: amanda.wick@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Gov* |

 Email All Attorneys
(will not send to terminated parties)

 Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/18/2016 | | | RULE 5 COMPLAINT – OUT signed by Judge Magistrate Judge Shirley Padmore MensahACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E–GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. as to Chirag Nilesh Patel (1). (DJO) (Entered: 05/18/2016) |
| 05/18/2016 | | | Arrest of defendant Chirag Nilesh Patel – date of arrest: 5/18/16 (CAR) (Entered: 05/18/2016) |
| 05/18/2016 | 1 | 4 | Minute Entry for proceedings held before Magistrate Judge Shirley Padmore Mensah: Initial Appearance in Rule 5(c)(3) Proceeding as to Chirag Nilesh Patel held on 5/18/2016. Court to appoint: Federal Public Defender for this hearing only. Pretrial Services bail report received on: 5/18/16 (verbal). Pretrial Sevices Officer: Katie Stevens. Government orally moves for detention. Defendant waives the detention hearing in this district, to be held in the charging district. (FTR Gold Operator initials:C. Ritter.) (FTR Gold: Yes.) (proceedings started: 3:29 pm.) (proceedings ended: 3:49 pm.) (Defendant Location: Remanded to Custody.) (CAR) (Entered: 05/18/2016) |
| 05/18/2016 | 2 | | Oral MOTION for Pretrial Detention and Hearing by USA as to Chirag Nilesh Patel. (CAR) (Entered: 05/18/2016) |
| 05/18/2016 | 3 | 7 | WAIVER of Rule 5(c)(3) Hearings by Chirag Nilesh Patel (CAR) (Entered: 05/18/2016) |
| 05/18/2016 | 4 | 8 | CJA 23 Financial Affidavit by Chirag Nilesh Patel (CAR) (Entered: 05/18/2016) |
| 05/18/2016 | 5 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Chirag Nilesh Patel for only the initial appearance. Signed by Magistrate Judge Shirley |

|            |   |    |                                                                                                                                                                                                                                   |
|------------|---|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   |    | Padmore Mensah on 5/18/16. (CAR) (Entered: 05/18/2016)                                                                                                                                                                            |
| 05/18/2016 | 6 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Chirag Nilesh Patel. Defendant committed to District of Southern District of Mississippi, Northern Division. Signed by Magistrate Judge Shirley Padmore Mensah on 5/18/16. (CAR) (Entered: 05/18/2016) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __5/18/16__    Judge __Shirley Mensah - 13S__    Case No. __4:16 mj 7167 SPM__

UNITED STATES OF AMERICA v. __Chirag Nilesh Patel__

Deputy Clerk: __C. Ritter__    Court Recorder: __FTR__

Assistant United States Attorney: __Amanda Wick__

Attorney for Defendant: __Michelle Monahan__

Interpreter _____    _____ SEALED PROCEEDING

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- _X_ Rule 5(c)(3) Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Review
- ___ Arraignment
- ___ In Court Hearing (WAIVER OF MOTIONS)
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Change of Plea/Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: __Government orally moves for detention. Defendant waives detention hearing in this district, to be held in charging district.__

**Initial Appearance:**
Bond set in the amount of: $ _____    Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM

Detention Hearing only scheduled: _____ @ _____ Before SPM

Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ @ _____ Before _____

**Arraignment:**

_____ Defendant is sworn and arraigned

_____ Waives reading of indictment/information

_____ Not guilty plea entered. Order on pretrial motions to issue.

_____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing is set for: _____ @ _____ Before: SPM

**Evidentiary Hearing:**
_____ Defendant waives evidentiary hearing. ** Case referral termed
_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.
_____ Hearing held. Testimony heard. Motions taken under submission.

**Trial Scheduled:** _____    Before _____

_X_ Remanded to custody    _____ Released on bond

Proceeding commenced __3:29 pm__    Proceeding concluded __3:49 pm__

4

Rule 5 - OUT

## RULE 5 INITIAL APPEARANCE RECORD BEFORE
## MAGISTRATE JUDGE SHIRLEY PADMORE MENSAH

Mag. No. **16-7167**
D/C Case No. **3:16CR 29 HTW-LRA**

Defendant's Name: **CHIRAG NILESH PATEL**

SSN# _____

Date of Initial Appearance: **5/18/16** Proceedings Commenced _____

Date Federal Custody Commenced: _____

U.S. Attorney: **Amanda Wick**   Present  Not Present

Defense Attorney: **MICHELE MONOHAN**   Present  Not Present

Defendant advised of following:

_____ Nature of Offense   _____ Given copy of Comp/Indict/Info/Petn

_____ Right to be represented by counsel

_____ Right to have counsel appointed, if indigent

_____ Retained: _____

_____ Appointed: _____

_____ Right to remain silent; and that defendant's statements can be used against him/her.

_____ Right to preliminary hearing under Rule 5.1 or Rule 32.1 within 14 days if detained; and within 21 days if released.

_____ Right to hearing here under Rule 5 if charged in another district.

_____ Right to transfer here for guilty plea under Rule 20 if charged in another district.

_____ Pretrial services bail report received on **5-18-2016; verbal**

From Pretrial Services Officer: **Katie Stevens**

Defendant's residence: _____   Tel. No. _____

Defendant's Age: _____ DOB: _____ Sex: _____ Race: _____

_____ Married;  Spouse's Name: _____   No. of children _____
_____ Single                                   Ages: _____
_____ Divorced

Location of defendant's family: _____

Defendant's prior convictions: _____

_____
_____
_____
_____
_____
_____
_____
_____

Bail set at: _____ Sec. AB    Unsec. AB    O.R.    Cash Only    Property    10%

Motion for detention hearing made by: _____ United States; _X_ Magistrate Judge

Detention hearing set for 5-20-2016 @ 3pm

Disposition at Initial Appearance:   _____ Committed to Custody
_____ Released on Bond

Next Appearance: _____ at _____ m. for _____
                 Date              Time              Proceeding
Before Judge _____.

Case to remain: _____ Sealed _____ Unsealed — Proceedings Concluded: _____

Notes: _____
_____
_____

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

6

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:16MJ7167SPM |
| CHIRAG NILESH PATEL | ) | |
| | ) | Charging District's Case No. 3:16CR29HTW-LRA |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___Southern District of Mississippi___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☒ a detention hearing. *Is requesting detention in Mississippi jurisdiction hearing*

☒ ~~an identity hearing, production of the warrant~~ and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ___05/18/2016___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

7

**CJA 23**
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. Chirag Nilesh Patel

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Chirag Nilesh Patel

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court: 3:16CR2-MTW-LRA
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 2, 2012
How much did you earn per month? $ 450
If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Southeast Missouri State loan | $3,500 | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _____(signature)_____
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date: 5/18/2016

8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:16MJ7167SPM |
| | ) SDMS No. 3:16CR29HTW-LRA |
| | ) |
| CHIRAG NILESH PATEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

[X] The initial appearance only.

[ ] All further proceedings in this case.

/s/Shirley Padmore Mensah
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this __18th__ day of May, 2016.

Case 4:16-mj-07167-SPM Document 7 Filed 05/18/16 Page 10 of 10 PageID #: 7
Case 3:16-cr-00067-HTW-LRA Document 7 Filed 05/18/16 Page 10 of 10 PageID #: 17

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHIRAG NILESH PATEL | ) | Case No. 4:16MJ7167SPM |
| | ) | |
| _____ | ) | Charging District's |
| *Defendant* | ) | Case No. 3:16CR29HTW-LRA |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Mississippi___,
*(if applicable)* ___Northern___ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___05/18/2016___   _____[signature]_____
*Judge's signature*

___SHIRLEY PADMORE MENSAH, U. S. Magistrate Judge___
*Printed name and title*